UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
-----------------------------------------------------------------X

Colletti,

                              Plaintiffs,                **ORDER RE STATUS CONFERENCE**

               -against-                                        7:23-cv-7071-NSR-VR

White Plains Hospital, et al.,

                              Defendant.

-----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

       A Status Conference (via telephone) is hereby scheduled for **July 23, 2024   at  11:00 AM.** The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739  and then # to enter the conference. At the Status Conference, the parties should be prepared to discuss the following:

    (1) a brief summary of claims, defenses, and relevant issues;  
    (2) the basis of subject matter jurisdiction;  
    (3) the subjects on which discovery may be needed;  
    (4) any anticipated discovery disputes or sought-after limitations on discovery;  
    (5) any plans for electronic discovery and ESI protocols;  
    (6) any plans for confidentiality orders and orders relating to Fed. R. Evid. 502(d);  
    (7) any anticipated motions; and  
    (8) the prospects and timing for early settlement or resolution.

      **SO ORDERED.**

DATED:    White Plains, New York  
                June 3, 2024

_____  
VICTORIA REZNIK  
United States Magistrate Judge