UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Joan Colletti,

                       Plaintiff,

      -against-

St. Vincent Hospital Westchester, et al.,

                       Defendants.
-----------------------------------------------------------------X

7:23-cv-7071

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

       On August 30, 2024, the Court directed the parties to submit a joint letter to the Court by no later than September 6, 2024. (ECF No. 44). The Court has not yet received this letter. The parties are reminded to submit a status letter, which is now due by **September 13, 2024**.

       **SO ORDERED.**

DATED:    White Plains, New York
              09/09/24

_____
VICTORIA REZNIK
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/9/2024