UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

**Colletti,**

                                    Plaintiffs,

                -against-

**White Plains Hospital et al.,**

                                    Defendant.

----------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 9/16/2024

**ORDER RE STATUS CONFERENCE**

7:23-cv-7071-NSR-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Status Conference (via telephone) is hereby scheduled for **September 24 , 2024   at 11:00 AM.**  The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739  and then # to enter the conference. At the Status Conference, the parties should be prepared to discuss the following:

      SO ORDERED.

DATED:    White Plains, New York
               September 16, 2024

                                                                       _____
                                                                       VICTORIA REZNIK
                                                                       United States Magistrate Judge