

**Lord Law Group PLLC**
14 Wall St., Suite 1603
New York, NY 10005
P: 718-701-1002
E: info@lordlawgroup.com

September 13, 2024

Hon. Victoria Reznik
The Hon. Charles L. Brieant Jr.
Federal Building & United Staes Courthouse
300 Quarropas St., White Plains, NY 10601



RE:   *Colletti v. White Plains Hospital, et al* – 7:23-cv-7071
<u>Extension of Conference Time</u>

Your Honor,

    I am in receipt of your ordered, dated September 19, 2024, rescheduling the conference to September 25, 2024. I am unable to attend during that day due to previously scheduled flight. We are respectfully requesting that the conference be adjourned until the next day, on or after September 26, or any time thereafter. Due to the time sensitive nature of this request I was unable to secure opposing counsel response before filing this request.

Sincerely,

/s/ Masai I. Lord
Masai I. Lord
*Attorney For Plaintiff*

The request is granted and the conference is adjourned to <u>October 2, 2024 at 11 am.</u>

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

September 20, 2024