UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COLLETTI,

                            Plaintiff(s),

              -against-

WHITE PLAINS HOSPITAL, et al.,                          **23 CV 7071 (NSR)**

                            Defendant(s).              **RESCHEDULING ORDER**

NELSON S. ROMÁN, U.S.D.J.:

    In light of an extension of the discovery deadlines, it is hereby

    ORDERED that the above case scheduled before the Hon. Nelson S. Román, U.S.D.J. for

a **Status Teleconference on November 15, 2024 is rescheduled to July 18, 2025 at 10:00 am.**

Dial-in instructions to follow separately.

                            SO ORDERED.

Dated: November 14, 2024
      White Plains, NY

                            _____
                            Nelson S. Román, United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _11/14/2024_